UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.                                  Case No. 2:25-cv-617-JES-KCD

JUDGE MICHAEL T MCHUGH,

    Defendant,
_____/

## ORDER

Before the Court are two motions from Plaintiff Thomas Pepe. In the first, he asks the Court to "take judicial notice of jurisdictional defects in Case 22-CA-003265." (Doc. 3.) In the second, he requests a criminal investigation of Defendant Judge Michael McHugh. (Doc. 4.) Both motions are **DENIED** because Plaintiff offers no argument or legal authority for the relief sought. A motion "must include—in a single document no longer than twenty-five pages inclusive of all parts—a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a).

**ORDERED** in Fort Myers, Florida on July 16, 2025.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge