UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.

Case No. 2:25-cv-617-JES-KCD

JUDGE MICHAEL T. MCHUGH,
JUDGE ALANE C. LABODA,
JUDGE JAMES SHENKO, JUDGE
JOSEPH FULLER,
CHRISTOPHER DECOSTA,
RALPH CONFREDA, SCOTT
BROWN, WENDY MANSWELL,
JOHN RICHARDS, DOUGLAS R.
GOLDIN, LUKE LAJQI, SAUL
VILLALOBOS,

    Defendants,
_____/

## ORDER

Plaintiff Thomas Pepe moves "for reasonable accommodations in all active proceedings in both the Fort Myers and Pensacola Divisions." (Doc. 23.) Specifically, Plaintiff demands "[p]ermission to file by email or through an accessible method due to difficulty using standard electronic portals." (*Id.*)

Plaintiff's motion is **DENIED** because he fails to explain how his alleged disabilities necessitate the accommodation sought. What is more, Plaintiff offers no account of the "difficulties" experienced with the Court's current filing procedures.

**ORDERED** in Fort Myers, Florida on July 31, 2025.

*[Signature]*

Kyle C. Dudek
United States Magistrate Judge