UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.

JUDGE ALANE C. LABODA,
JUDGE JAMES SHENKO, JUDGE
JOSEPH FULLER, SENIOR
JUDGE CHRISTINE H. GREIDER,
SENIOR JUDGE CYNTHIA A.
PIVACEK, SENIOR JUDGE
SHERRA WINESETT,

    Defendants,
_____/

Case No. 2:25-cv-617-JES-KCD

## ORDER

Plaintiff Thomas Pepe moves the Court to revoke judicial immunity from "Defendant Judge McHugh." (Doc. 42.) The motion is **DENIED** because Judge McHugh is not currently a defendant. What is more, even if he were a party, the Court cannot perfunctorily revoke his judicial immunity. "[J]udicial immunity is an affirmative defense" that must be addressed on the merits. *Mordkofsky v. Calabresi*, 159 F. App'x 938, 939 (11th Cir. 2005).

Plaintiff separately moves the Court to reinstate several defendants who were omitted from his latest complaint. (Doc. 45.) This motion is also **DENIED**. The Court cannot add back parties who have no claims lodged against them in the current, operative complaint. To the extent Plaintiff

wishes to again include these defendants, he must file an amended complaint.

**ORDERED** in Fort Myers, Florida on August 11, 2025.

Kyle C. Dudek
United States Magistrate Judge